UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00366-MR

ESTEBAN HERNANDEZ-GONZALEZ,   )
                              )
         Petitioner,          )
                              )
vs.                           )        ORDER
                              )
TIMOTHY JONES,                )
                              )
         Respondent.          )
_____)

**THIS MATTER** is before the Court on the Petition for Writ of Habeas Corpus filed on November 16, 2022 pursuant to 28 U.S.C. § 2254 by Petitioner Esteban Hernandez-Gonzalez ("the Petitioner"). [Doc. 1].

This matter was transferred to this Court from the Eastern District of North Carolina. [Doc. 6]. However, it appears that it was transferred to this Court in error. The Petitioner is a prisoner of the State of North Carolina and seeks to challenge his guilty plea and conviction in Chatham County, North Carolina. [Doc. 1]. Chatham County is located in the Middle District of North Carolina. In accordance with 28 U.S.C. § 2241(d) and the joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (See Joint Order, In re: Applications for Writs of Habeas

Corpus (Oct. 26, 1966), the Court shall transfer this action to the United States District Court for the Middle District of North Carolina.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Middle District of North Carolina for further proceedings, including ruling on any pending motions.

2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**  Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge